UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

United States of America,

        Plaintiff,                        Criminal No. 05-230 (RHK)

        v.                           **ORDER FOR EXTENSION OF**
                                          **TIME TO FILE OBJECTIONS**
Kathryn Mocol,                       **AND POSITION PLEADINGS**

        Defendant.

_____

        The Defendant's Motion for Extension of Time is **GRANTED**.

        **IT IS HEREBY ORDERED** that:

        All written correspondence be due to the Probation Office by October 26, 2005, and

Position pleadings, if necessary, be filed electronically with the Clerk of Court by

November 2, 2005.

Dated: <u>October 14, 2005</u>                          s/Richard H. Kyle
                                                           RICHARD H. KYLE
                                                           United States District Judge